

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2018

No. 04-18-00065-CV

**IN THE INTEREST OF A.G-V., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02802
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

This is an accelerated appeal from an order terminating appellant mother's and appellant father's parental rights. Appellant father's brief is currently due in this court on March 21, 2018. Appellant father has filed a motion for extension of time asking for an additional twenty days in which to file his brief. After review, we **GRANT** appellant father's motion and **ORDER** appellant father to file his brief in this court on or before April 10, 2018.

We **order** the clerk of this court to serve a copy of this order on appellant father's counsel and appellant mother.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court